**Order entered October 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00728-CR

### SHANCEY TYMANE FRANKLIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 15th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 066137

## ORDER

The Court **GRANTS** the October 11, 2016 motion of Cynthia Stagner to withdraw as counsel. We **DIRECT** the Clerk to remove Ms. Stagner as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit to this Court, with **FIFTEEN DAYS** of the date of this order, the order appointing new counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable James P. Fallon, Presiding Judge, 15th Judicial District Court; Kelly Ashmore,

Grayson County District Clerk; Cynthia Stagner; and the Grayson County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.


/s/     LANA MYERS
           JUSTICE